IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LEWIS R. ROWE, JR.,

    Petitioner,

    v.

TIMOTHY BUCHANAN, WARDEN,

    Respondent.

CASE NO. 2:12-cv-141

JUDGE JAMES L. GRAHAM
Magistrate Judge Kemp

OPINION AND ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on September 6, 2012. No objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The petition is **DENIED** because the two claims (claims one and three) which are actually described in the petition have been procedurally defaulted. This case is therefore **DISMISSED**.

    **IT IS SO ORDERED.**

Date: October 5, 2012

                                    s/James L. Graham
                                    James L. Graham
                                    United States District Judge